**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KATHY PILKINTON § | |
| § | |
| V. § | |
| § | CASE NO. 2:17-CV-519- JRG |
| HERITAGE HOSPICE OF § | |
| TEXARKANA, LLC D/B/A § | |
| HERITAGE HOSPICE § | |

**ORDER APPOINTING MEDIATOR**

IT IS ORDERED that Randy Akin, 3400 W. Marshall Ave., Suite 300, Longview, TX 75604, telephone number 903-297-8929 and fax number 903-297-9046, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**So Ordered this**

**Sep 27, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE