# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KATHY PILKINTON, | § | |
| INDIVIDUALLY AND ON BEHALF | § | |
| OF ALL OTHERS SIMILARLY | § | FLSA Collective Action Pursuant to |
| SITUATED | § | 29 U.S.C. § 216(b) |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 2: 17-cv-519 |
| | § | |
| VS. | § | JURY DEMANDED |
| | § | |
| | § | |
| HERITAGE HOSPICE OF | § | |
| TEXARKANA, LLC D/B/A HERITAGE | § | |
| HOSPICE AND BLAKE R. RICH | § | |

## DECLARATION OF KATHY PILKINTON

Pursuant to 28 U. S. C. § 1746 KATHY PILKINTON declares as follows:

"My name is KATHY PILKINTON. The facts contained in this declaration are within my personal knowledge and are true and correct. I am fully qualified to make this declaration.

I was employed as a salaried RN Case Manager, of Heritage Hospice of Texarkana, LLC ("Heritage Hospice") in the Jefferson, Texas office location from approximately March 1, 2016 through May 21, 2017. I was responsible to provide care to Heritage Hospice's patients. I was on call at nights and weekends. Including time spent actually performing work while on call, I consistently worked over forty hours per week. I was paid a salary for all hours worked and consequently, I was not compensated for all hours worked over forty per week.

The shifts I worked for Heritage Hospice were assigned by my supervisor. When I was called out on nights and weekends, this work was reported to the company. Therefore, Heritage Hospice knows exactly the number of hours I and my co-workers worked.

During the time I worked for Heritage Hospice, there were always other RN Case Manager employees who also worked for Heritage Hospice. These employees performed the same or similar job duties that I performed.

Over the course of the time I worked for Heritage Hospice, I got to know many of the other RN Case manager employees working in the East Texas area. I worked with these employees on a daily basis. We often discussed among ourselves Heritage Hospice's failure

to properly compensate us for overtime. Thus, from discussions with these employees, I know they were not paid overtime wages as I have described in this declaration.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on 11/22/2017 _____.

*K Pilkinton*
A4858DC7D4B348E...

Kathy Pilkinton