**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KATHY PILKINTON, § | | |
| INDIVIDUALLY AND ON BEHALF § | | |
| OF ALL OTHERS SIMILARLY § | | FLSA Collective Action Pursuant to |
| SITUATED § | | 29 U.S.C. § 216(b) |
| § | | |
| § | | |
| § | | CIVIL ACTION NO.  2: 17-cv-519 |
| § | | |
| VS. § | | JURY DEMANDED |
| § | | |
| § | | |
| HERITAGE HOSPICE OF § | | |
| TEXARKANA, LLC D/B/A HERITAGE § | | |
| HOSPICE AND BLAKE R. RICH § | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
NOTICE TO POTENTIAL PLAINTIFFS**

Came on this day the Plaintiffs' Motion for Notice to Potential Plaintiffs.  After considering same, the court is of the opinion that this Motion for Notice should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion for Notice to Potential Plaintiffs and is GRANTED as follows:

(1) Within ten days from the date of the entry of this Order, Defendant, Heritage Hospice of Texarkana, LLC d/b/a Heritage Hospice and Blake R. Rich shall provide the name of each current and former Registered Nurse Case Managers employed by Defendant since April 25, 2014; and provide the last known address, date of birth and email address for each Registered Nurse Case Manager employed by Heritage Hospice of Texarkana, LLC d/b/a Heritage Hospice and Blake R. Rich from April 25, 2014 to the present.

(2) Defendant is to provide the requested information in computer readable format to facilitate the notice process.

(3) The form of notice attached as Exhibit A to this order is approved.

(4) The form of the consent attached as Exhibit B to this order is approved.

(5) All potential plaintiffs be given sixty (60) days from the date of mailing of the notices to "opt-in" to the collective action.